**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): __21-_____    Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Zuca Properties LLC

2. **All other names debtor used in the last 8 years**  N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  46-0525359

4. **Debtor's address**

   **Principal place of business**

   JTC (Suisse) SA,
   Number   Street
   80-84 Rue du Rhone, 1204

   Geneva    SWITZERLAND
   City      State    ZIP Code

   County

   **Mailing address, if different from principal place of business**

   c/o Togut, Segal & Segal LLP
   Number   Street
   One Penn Plaza, Suite 3335
   P.O. Box
   New York,     N.Y.    10119
   City     State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   470 Broome Street
   Number   Street

   New York,    N.Y    10013
   City     State    ZIP Code

5. **Debtor's website** (URL)  _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Zuca Properties LLC**                                    Case number *(if known)* 21-_____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | _5_ _3_ _1_ _3_ |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☒ A plan is being filed with this petition.<br>　☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor   Zuca Properties LLC
         Name
Case number (if known) 21-_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____ When ____/____/_____ Case number _____
                               MM / DD / YYYY
           District _____ When ____/____/_____ Case number _____
                               MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When ____/____/_____
                                    MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☒ Other  One or more unauthorized occupants currently reside in the property.

    **Where is the property?**  470 Broome Street
                                Number    Street
                                PHN & PHS
                                _____
                                New York                          NY    10013
                                City                              State ZIP Code

    **Is the property insured?**

    ☐ No
    ☒ Yes. Insurance agency  National Insurance Brokerage of NY, Inc. (1989)
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor  Zuca Properties LLC  
      Name

Case number (if known) 21-_____

---

**13. Debtor's estimation of available funds**

Check one:

[X] Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [X] 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | [X] $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | [X] $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/7/2021  
               MM / DD / YYYY

✗ __/s/Julie Zingiloglu__                              Julie Zingiloglu  
Signature of authorized representative of debtor           Printed name

Title  Managing Director of JTC (Suisse) S.A. as Trustee of the Woofy Trust and Sole Managing Member of Zuca Properties LLC

---

Debtor  Zuca Properties LLC
        Name                                                      Case number (if known)  21-

18. **Signature of attorney**     ✘ /s/Kyle J. Ortiz                        Date   6/7/2021
                                   Signature of attorney for debtor                MM / DD / YYYY

Kyle J. Ortiz
Printed name

Togut, Segal & Segal LLP
Firm name

One Penn Plaza, Suite 3335
Number        Street

New York                                            NY              10119
City                                                State           ZIP Code

212-594-5000                                        kortiz@teamtogut.com
Contact phone                                       Email address

4818571                                             NY
Bar number                                          State

**Fill in this information to identify the case:**

Debtor name: Zuca Properties LLC
United States Bankruptcy Court for the: Southern District of New York
Case number (If known): 21-

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TECREF Sarl<br>9A Boulevard Prince Henry<br>L-1724 Luxembourg | Daniela Ingeborg Klassen<br>+352 2621 5400<br>tecref.lux@crestbridge.com | Guarantee | | | | $53,230,705.23 |
| 2 | Rahula Withanage<br>Apartment 1101 River Desari<br>Jalan Kumbang Pasang Bandar<br>Seri Begawan Negara BA1512<br>Brunei Darussalam | Rahula Withanage<br>(673) 2 611 481<br>rahul@withanage.com | Loan/Debt | Disputed | | | $2,083,033.00 |
| 3 | JTC (Suisse) SA<br>80-84 Rue du Rhone,<br>1204 Geneva<br>Switzerland | Julie Zingiloglu<br>+41 22 596 3322<br>julie.zingiloglu@jtcgroup.com | Management/ Administration Fees | | | | $306,877.87 |
| 4 | Tyrus Capital European Commercial Real Estate Finance L.P.<br>47 Esplanade St Helier Jersey<br>JE1 0BD  Jersey, Channel Islands | Tyrus Capital<br>+44 (0)207 245 7985<br>fr@tyruscap.com | Loan/Debt | | | | $75,000.00 |
| 5 | McDermott Will & Emery LLP<br>333 SE 2nd Avenue, Suite 4500<br>Miami, FL. 33131-2184 | Michael J. Bruno<br>1 305 347 6504<br>mjbruno@mwe.com | Legal Service Fees | | | | $44,735.00 |
| 6 | JTC Law<br>28 Esplanade St Heller<br>JE4 2QP Jersey<br>Channel Islands | Direct: +44 1534 868 250<br>Cell: +44 7700 709 588<br>Jeremy.Garrood@jtclegalservices.com | Legal Service Fees | | | | $34,098.57 |
| 7 | Charles Russell Speechlys SA<br>5 Rue de la Confédération<br>1204 Geneva<br>Switzerland | Michael Wells-Greco<br>+44 (0)20 7427 6763 (Tel)<br>+41 (0)22 591 18 99 (Fax)<br>michael.wellsgreco@crsblaw.com | Legal Service Fees | | | | $11,847.00 |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Kyle J. Ortiz
Brian F. Moore
Katharine E. Scott

*Proposed Counsel for the Debtor*
*and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ZUCA PROPERTIES LLC, | Case No.: 21-XXXXX (XXX) |
| Debtor.[1] | |

**SCHEDULE OF CREDITORS HOLDING LARGEST SECURED CLAIMS**

The following is the only known creditors holding secured claims against the Debtor, as of June 7, 2021.

This information has been prepared from the books and records of the Debtor, and in accordance with Bankruptcy Rule 1007(d), for filing in the Debtor's chapter 11 case.

The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtor and the failure to list a claim as contingent, disputed, or subject to set off shall not be a waiver of any of the Debtor's rights relating thereto.

| **Lender/Address/E-mail/Telephone No.** | **Claim** | **Description of Collateral** |
|---|---|---|
| 1. TECREF S.à r.l.<br>9A Boulevard Prince Henry<br>L-1724 Luxembourg | $5,311,485.10<br><br>(plus interest, fees and expenses) | Condominium Units PHN and PHS at 47 Broome Street, New York, NY 10013 |

---

[1] The last four digits of the Debtor's federal tax identification number are 5359. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York, 10119.

| | | |
|---|---|---|
| 2. JP Morgan | $1,810,221.03 (plus interest, penalties, fees and other charges) | Condominium Unit PHN at 47 Broome Street, New York, NY 10013 |
| 2. JP Morgan | $1,684,716.72 (plus interest, penalties, fees and other charges) | Condominium Unit PHS at 47 Broome Street, New York, NY 10013 |
| 3. David Rubin | $21,000.00 | Judgment (former tenant) |

**DECLARATION UNDER PENALTY OF PERJURY:**

I, Julie Zingiloglu, the undersigned authorized Person on behalf of the Debtor, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the Largest Secured Claims and that the list is true and correct to the best of my information and belief.

Dated:    Geneva, Switzerland
               June 7, 2021

By: /s/Julie Zingiloglu
Name:  Julie Zingiloglu
Title:  Managing Director of JTC (Suisse) S.A. as Trustee of the Woofy Trust and Sole Managing Member of Zuca Properties LLC

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY  10119
Telephone: (212) 594-5000
Kyle J. Ortiz
Brian F. Moore
Katharine E. Scott

*Proposed Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ZUCA PROPERTIES LLC, | Case No.:  21-XXXXX (XXX) |
| Debtor.[1] | |

# CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Zuca Properties LLC (the "Debtor"), as debtor and debtor-in-possession in the above-captioned case, respectfully represents that The Woofy Trust is the Sole Managing Member and owns 100% of the equity interest in the Debtor.  JTC (Suisse) SA is the Trustee of The Woofy Trust.

---

[1] The last four digits of the Debtor's federal tax identification number are 5359.  The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York, 10119.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Telephone: (212) 594-5000
Kyle J. Ortiz
Brian F. Moore
Katharine E. Scott

*Proposed Counsel for the Debtor
and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ZUCA PROPERTIES LLC, | Case No.: 21-XXXXX (XXX) |
| Debtor.[1] | |

**LIST OF EQUITY SECURITY HOLDERS**[2]

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| The Woofy Trust | 80-84 Rue du Rhone, 1204 Geneva Switzerland | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 5359. The Debtor's address is c/o Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York, 10119.

[2] This list serves as the disclosure required to be made by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. The equity position listed is as of the date of commencement of the chapter 11 case.

# WRITTEN RESOLUTIONS

# OF THE SOLE MANAGING MEMBER OF

# ZUCA PROPERTIES LLC

**June 7, 2021**

The sole member (the "*Sole Managing Member*") of ZUCA PROPERTIES LLC., a Delaware limited liability company (the "*Company*"), hereby consents to the taking of the following actions and hereby adopts the following resolutions in accordance with applicable law, and all statutory requirements pertaining thereto:

**WHEREAS,** JTC (Suisse) S.A. as Trustee of the Woofy Trust organized under English law (the "*Trust*") is the Sole Managing Member of Zuca Properties LLC;

**WHEREAS,** it is noted that the Company owns both Penthouse North and Penthouse South at, 470 Broome Street, New York, NY 10013, USA (the "*Property*");

**WHEREAS**, the Sole Managing Member has considered the presentations by its legal advisors regarding the liabilities and liquidity of the Company, the alternatives available to it, and the effect of the foregoing on the Company and its creditors and other parties in interest;

**WHEREAS**, the Sole Managing Member has reviewed the recommendations of its advisors as to the relative risks and benefits of the alternatives available to the Company, including filing a bankruptcy proceeding (the "*Bankruptcy Case*") under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "*Bankruptcy Code*"), and has received and reviewed forms or descriptions of the key "first day" filings that would be proposed to be made by the Company in connection with the Bankruptcy Case (the "*Initial Filings*");

**WHEREAS**, after review and due consideration of all of the information presented to the Sole Managing Member, the Sole Managing Member deems it advisable and in the best interests of the Company, creditors, stakeholders, and other interested parties, for the Sole Managing Member to commence the Bankruptcy Case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "*Petition*");

**WHEREAS**, after review and due consideration of all of the information presented to the Sole Managing Member, the Sole Managing Member deems it advisable and in the best interest of the Company to, in connection with the Bankruptcy Case, to prepare and solicit a prepackaged chapter 11 plan (the "*Plan*") prior to filing the Petition, pursuant to which the Company will seek to sell the Property (the "*Sale*");

**NOW, THEREFORE, BE IT:**

**I.    CHAPTER 11 FILING AUHORITY**

**RESOLVED**, that in the judgment of the Sole Managing Member, it is desirable and in the best interests of the Company, creditors, stakeholders, and other interested parties that the Petition and the Initial Filings be filed by the Company in the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*");  and be it

**FURTHER RESOLVED**, that the Company shall be, and hereby is, authorized, directed and empowered (i) to file the Petition and the Initial Filings, (ii) to solicit the prepackaged Plan and filing thereof, including relevant documents but not limited to, any purchase agreements, and (iii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;  and be it

**FURTHER RESOLVED**, that Sole Managing Member or its designee, Julie Zingiloglu, of the Company, (each, a "*Designated Person*" and collectively, the "*Designated Persons*") be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute and verify the Petition and the Initial Filings as well as all other ancillary documents and to cause the Petition and the Initial Filings to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition, the Initial Filings, or any ancillary documents, and to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents, agreements, deeds, letters, instruments or certificates necessary or desirable in connection with any of the foregoing;  and be it

**FURTHER RESOLVED,** that, in connection with the Bankruptcy Case, each Designated Person is hereby authorized, empowered, and directed with full power of delegation, in the name and on behalf of the Company to task such action with a view to the successful prosecution of the Bankruptcy Case (such acts to be conclusive evidence that such Designated Person deemed the same to meet such standard);  and be it

**II.    RETENTION OF PROFESSIONALS**

**FURTHER RESOLVED,** that, in connection with the Bankruptcy Case, each Designated Person is hereby authorized, empowered, and directed with full power of delegation, in the name and on behalf of the Company to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, on behalf of the Company, which such Designated Person deems necessary, appropriate or advisable in connection with, or in furtherance of the Bankruptcy Case, with a view to the successful prosecution of the Bankruptcy Case (such acts to be conclusive evidence that such Designated Person deemed the same to meet such standard);  and be it

2

**FURTHER RESOLVED**, that the law firm of Togut, Segal & Segal LLP is hereby retained as chapter 11 counsel for the Company in the Bankruptcy Case, subject to Bankruptcy Court approval;  and be it

**FURTHER RESOLVED**, that in addition to the existing signatories of the Company, any Designated Person, acting alone or in any combination, be, and hereby is, authorized to cause the Company to employ other special counsel, financial advisors, investment bankers, accountants, restructuring advisors, real estate brokers, and other professionals as appropriate in connection with the Bankruptcy Case and all related matters;  and be it

### III.    GENERAL

**FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Persons, and in addition to the existing signatories of the Company, any of the Designated Persons, acting alone or in any combination, be, and hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things, including the payment of all fees, expenses, appropriate retainers and other amounts payable by the Company with respect to the foregoing, and to execute and deliver all such other instruments, certificates, agreements and documents as he or she may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purposes of the foregoing resolutions;  and be it

**FUTHER RESOLVED**, that all actions heretofore taken by the Sole Managing Member or the Sole Managing Member's designee in connection with the foregoing resolutions, the Petition, the Initial Filings, and related matters be, and they hereby are, confirmed, ratified and approved in all respects;  and be it

**FURTHER RESOLVED**, that each of the Designated Persons (and their designees and delegates) be, and hereby is, authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder, as such Designated Person shall deem necessary or desirable in the  Designated Person's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the transactions contemplated herein.

**[Remainder of page left blank intentionally]**

JTC (Suisse) S.A. as Trustee of The Woofy Trust and Sole Managing Member of Zuca Properties LLC


By: /s/ *Julie Zingiloglu*
       Julie Zingiloglu
Title:  Authorized Signatory of JTC (Suisse) S.A. as Trustee of The Woofy Trust and Sole Managing Member of Zuca Properties LLC


By: /s/ *Scott Kelly*
       Scott Kelly
Title:  Authorized Signatory of JTC (Suisse) S.A. as Trustee of The Woofy Trust and Sole Managing Member of Zuca Properties LLC

Zuca Properties LLC  - Creditors Matrix

Charles Russell Speechlys SA
5 Rue de la Confédération
1204 Geneva
SWITZERLAND

Corporation Counsel of the City of New York
Tax and Bankruptcy Division
200 Church Street
New York, NY 10007
Attn: James E. Johnson, Gabriela Cacuci

Grant, Herrmann, Schwartz & Klinger LLP
675 Third Avenue, 26th Floor
New York, New York 10017-5704

Halstead Management Company, LLC
770 Lexington Avenue
New York NY 10065
Attn: Irene Booker and Gerald Rivera

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2970 Market St.
Mail Stop 5-Q30-133
Philadelphia, PA 19104-5016

JP Morgan
PO Box 78420
Phoenix, AZ 85062-8420
Attn: David Rubin

JTC (Suisse) SA
80-84 Rue du Rhone,
1204 Geneva
SWITZERLAND
Attn: Jeremy Garrood and Julie Zingiloglu

JTC Law
28 Esplanade St Heller
JE4 2QP Jersey

Channel Islands
Attn: Jeremy Garood

Mayer Brown, LLP
1221 6th Avenue
New York, New York 10020
Attn: Joaquin M. C De Baca

McDermott Will & Emery LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL. 33131-2184
Attn: Michael J. Bruno

New York City Department of Finance
Correspondence Unit
One Centre Street, 22nd Floor
New York, NY 10007

New York State Department of Taxation and Finance
Attn: Office of Counsel
W.A. Harriman Campus Building 9
Albany, New York 12227

Office of the New York Secretary of State
123 William Street
New York, NY 10038

Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

Office of the New York State Secretary of State
Division of Corporations
State Record and Uniform Commercial Code
99 Washington Avenue 6th Floor
Albany, NY 12231

Office of the United States Trustee, Region 2
201 Varick Street Suite 1006
New York, NY 10014

Securities & Exchange Commission
New York Regional Office
100 F Street, N.E.
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
200 Vesey Street Suite 400
New York, NY 10281

The 470 Broome Street Condominium Board
470 Broome Street
New York, New York 10013

TECREF Sarl
9A Boulevard Prince Henry
L-1724 Luxembourg

The Woofy Trust
c/o JTC (Suisse) SA,
Casa Postale 3023
1211 Geneva 3, Switzerland

Tyrus Capital European Commercial
Real Estate Finance L.P.
47 Esplanade St Helier Jersey
JE1 0BD Jersey, Channel Islands

United States Department Of Justice
Office of the Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Rahula Withanage
Apartment 1101 River Desari Jalan
Kumbang Pasang Bandar Seri
Begawan Negara BA1512
Brunei Darussalam

Rayo Withanage
Flat 23, Albert Hall Mansions
Kensington Gore, London
SW7 A2J

**Fill in this information to identify the case and this filing:**

Debtor Name  Zuca Properties LLC

United States Bankruptcy Court for the: Southern  District of New York
(State)

Case number (*If known*):  21-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement, Top Secured Creditors, List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/7/2021         ✘ /s/Julie Zingiloglu_____
   MM / DD / YYYY            Signature of individual signing on behalf of debtor

                              Julie Zingiloglu_____
                              Printed name
                              Managing Director of JTC (Suisse) S.A. as Trustee of
                              the Woofy Trust and Sole Managing Member of Zuca Properties LLC
                              Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**